| | |
|---|---|
| 1 | TIMOTHY COURCHAINE<br>United States Attorney |
| 2 | District of Arizona<br>JULIE A. SOTTOSANTI |
| 3 | Assistant U.S. Attorney<br>United States Courthouse |
| 4 | 405 W. Congress Street, Suite 4800<br>Tucson, Arizona 85701 |
| 5 | Telephone: 520-620-7300<br>Email: julie.sottosanti@usdoj.gov |
| 6 | Attorneys for Plaintiff |

FILED
2025 NOV 12 PM 12: 11
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Robert Alan Wittenberg,<br><br>Defendant. | CR-24-02540-RCC (BGM)<br><br>**SUPERSEDING INDICTMENT**<br><br>Violations:<br><br>18 U.S.C. § 924(a)(1)(A)<br>(Making a False Statement in Connection With Acquisition of Firearms)<br>Counts 1-23<br><br>18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D)<br>(Engaging in the Business of Dealing Firearms without a License)<br>Count 24<br><br>18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNTS 1-24**</u>

On or about the dates listed below, in the District of Arizona, the Defendant ROBERT ALAN WITTENBERG, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, each of which was a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of

Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that Defendant stated in writing that his address was on N. Flores Drive, Tucson, Arizona, whereas in truth and fact, that was not Defendant's current address;

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | 06/22/2023 | USA Pawn & Jewelry | German Sports Guns, AK47, .22 caliber rifle |
| 2 | 06/28/2023 | USA Pawn & Jewelry | Glock, 37, .45 caliber pistol |
| 3 | 06/28/2023 | USA Pawn & Jewelry | Glock, 29, 10 mm pistol |
| 4 | 06/28/2023 | USA Pawn & Jewelry | Glock, 19, 9 mm pistol |
| 5 | 07/25/2023 | USA Pawn & Jewelry | Glock, 43X, 9 mm pistol |
| 6 | 08/04/2023 | USA Pawn & Jewelry | Glock, 43X, 9 mm pistol |
| 7 | 08/19/2023 | USA Pawn & Jewelry | Glock, 30S, .45 caliber pistol |
| 8 | 08/22/2023 | USA Pawn & Jewelry | Taurus, PT111 G2, 9 mm pistol |
| 9 | 08/22/2023 | USA Pawn & Jewelry | FMK, NVMN, 9 mm pistol |
| 10 | 09/02/2023 | USA Pawn & Jewelry | Glock, 19, 9mm pistol |
| 11 | 09/13/2023 | USA Pawn & Jewelry | Springfield, XD-45, .45 caliber pistol |
| 12 | 09/13/2023 | USA Pawn & Jewelry | Glock, 23, .40 caliber pistol |
| 13 | 06/20/2023 | USA Pawn & Jewelry | SCCY, CPX-2, 9mm pistol |
| 14 | 06/20/2023 | USA Pawn & Jewelry | Smith and Wesson, SD40VE, .40 caliber pistol |
| 15 | 06/24/2023 | USA Pawn & Jewelry | Llama, Max I, .45 caliber pistol |
| 16 | 06/24/2023 | USA Pawn & Jewelry | Smith and Wesson, SW9VE, 9mm pistol |

| # | Date | Location | Firearm |
|---|---|---|---|
| 17 | 08/25/2023 | USA Pawn & Jewelry | Glock, 27, .40 caliber pistol |
| 18 | 08/25/2023 | USA Pawn & Jewelry | Glock, 44, .22 caliber pistol |
| 19 | 08/22/2023 | USA Pawn & Jewelry | Taurus, PT111 G2, 9mm pistol |
| 20 | 08/26/2023 | USA Pawn & Jewelry | Weirauch/Hermann, EA/R, .357 revolver |
| 21 | 06/15/2023 | USA Pawn & Jewelry | Forjas Taurus SA G2S 9mm pistol |
| 22 | 09/17/2023 | USA Pawn & Jewelry | Glock, model 19, 9x19 |
| 23 | 09/08/2023 | USA Pawn & Jewelry | Glock, model 21 gen 4 .45 caliber pistol |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 24

Between on or about June 15, 2023, and on or about June 30, 2025, in the District of Arizona, the Defendant ROBERT ALAN WITTENBERG, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms;

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## FORFEITURE ALLEGATION

Upon conviction of Counts 1 through 24 of the Superseding Indictment, the defendant, ROBERT ALAN WITTENBERG, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offenses, including, but not limited to:

| # | Firearms | Serial Number |
|---|---|---|
| 1 | German Sports Guns, AK47, .22 caliber rifle | BL90164 |
| 2 | Glock, 37, .45 caliber pistol | SCHP0346 |

*United States of America v. Robert Alan Wittenberg*
Indictment Page 3 of 5

| | | | |
|---|---|---|---|
| | 3 | Glock, 29, 10 mm pistol | BWKC376 |
| | 4 | Glock, 19, 9 mm pistol | BSKC032 |
| | 5 | Glock, 43X, 9 mm pistol | BWUX786 |
| | 6 | Glock, 43X, 9 mm pistol | BVWP056 |
| | 7 | Glock, 30S, .45 caliber pistol | BXDS585 |
| | 8 | Taurus, PT111 G2, 9 mm pistol | TKX50515 |
| | 9 | FMK, NVMN, 9 mm pistol | BT10581 |
| | 10 | Glock, 19, 9mm pistol | BFC693 |
| | 11 | Springfield, XD-45, .45 caliber pistol | US785310 |
| | 12 | Glock, 23, .40 caliber pistol | KFD349 |
| | 13 | SCCY, CPX-2, 9mm pistol | C197429 |
| | 14 | Smith and Wesson, SD40VE, .40 caliber pistol | FYK3601 |
| | 15 | Llama, Max I, .45 caliber pistol | 07-04-17353-97 |
| | 16 | Smith and Wesson, SW9VE, 9mm pistol | DWK7123 |
| | 17 | Glock, 27, .40 caliber pistol | CSB356US |
| | 18 | Glock, 44, .22 caliber pistol | AEKG309 |
| | 19 | Taurus, PT111 G2, 9mm pistol | TKM36840 |
| | 20 | Weirauch/Hermann, EA/R, .357 revolver | 1757713 |
| | 21 | Forjas Taurus SA G2S 9mm pistol | TLY40993 |
| | 22 | Glock, model 19, 9x19 | BUKK296 |
| | 23 | Glock, model 21 gen 4 .45 caliber pistol | BCKP826 |

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: November 12, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/

JULIE A. SOTTOSANTI
Assistant U.S. Attorney