JON M. SANDS
Federal Public Defender
**CYNTHIA YIALIZIS** #030987
Assistant Federal Public Defender
**ELIZABETH HANNAH** #038868
Assistant Federal Public Defender
407 W. Congress St. Ste 501
Tucson, Arizona 85706
Telephone: (520) 879-7500
*Attorneys for Defendant*
cynthia_yializis@fd.org
*Elizabeth_Hannah@fd.org*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 4:24-cr-02540-TUC-RCC (BGM) |
| Plaintiff, | **SEN TENCING MEMORANDUM** |
| vs. | |
| Robert Alan Wittenberg, | |
| Defendant. | |

Robert Alan Wittenberg, by and through undersigned counsel, respectfully submits the following Sentencing Memorandum for the Court's consideration. Robert is respectfully requesting the Court accept the plea and sentence him to a term of probation for one year.

## SENTENCING MEMORANDUM

### Circumstances of the Offense

There is one address that Robert has associated with his entire life; his grandmother's. Robert's grandmother, Dahlia, resides on Flores Drive. This address appears on Robert's birth certificate, driver's license, vehicle registrations, and all other vital correspondence. Robert's mother, Jaime, and brother, Nicholas, also use this address for their important correspondence.

On September 4, 2025, undersigned counsel interviewed Dahlia, who stated that she bought the house on Flores in 1988 and gave permission to Robert and his family to use it. She knew it was on Robert's birth certificate. She stated that Jaime had to move a lot because she struggled to pay rent. Between moves, Jaime would stay with Dahlia. The Flores address provided Jaime, and later Robert, with a permanent mailing address to use when she experienced housing instability. Dahlia advised that she plans to keep the residence in the family after she passes away, and that she expects that Jaime and Robert will move in at that time.

When Dahlia was interviewed, she confirmed that Robert would go to the house weekly to visit and check the mail. After the family moved away from Flores the last time, Robert stayed with her off and on as his presence made her feel safer around her neighbors.

When Robert purchased the firearms involved in this offense, he completed ATF Form 4473 using the Flores address. Robert's intentions in using this address were not malicious. In his letter previously submitted to the Court, he writes:

> *I had no ill intention of using the address I used. I just had not updated my ID. The address I used was my mailing address that is linked to everything from my birth certificate, vehicle registration, and all other important documents. That being said, I was not living there, and I know that is what the form required. I didn't think it was a big deal at the time because I always used my mailing address for everything. Had I mentioned to the pawn shop staff that it was my mailing address and that I didn't currently reside there, they may have told me to update my address on my ID. The address where I am living, I don't have my name on the lease or utilities, and I didn't think that I could update it without proof of residence.*

The fact that ATF easily located Robert through Dahlia, using the Flores address, underscores his lack of intent to avoid law enforcement.

Robert transferred several firearms that he purchased, with several ending up in criminal investigations as outlined in the Presentence Report. Robert was never associated with those cases. In fact, when he was told about the reports documented in the PSR, he was visibly upset and remorseful. In his letter, he writes:

> Had I known they were going to end up where they did, I would have kept them or sold them back to the pawn shop. When I found out where these guns ended up, it really upset me. I am sorry about that.

**Background**

Robert is a lifelong resident of Tucson, AZ. He is Jaime's first-born son and is the older brother to Nicholas Michaels.

Like far too many young men who find themselves in the system, Robert was abandoned by his father when he was only a baby, leaving Jaime to raise him as single mother. Robert's father, Robert Sr., was interviewed by ATF Agent Tisch as part of the investigation in this case, and he admitted that he had not seen Robert since 2001. Robert does not have a single positive childhood memory of his father and does not know why he left the family. Robert is noticeably uncomfortable when his father comes up in conversation. He reports he knows that his father was physically abusive towards Jaime, stating that he is aware of one incident where Robert Sr. hit Jaime so hard that he caused his own hand to bleed. Robert also knows that his father was in prison when Robert was an infant for drug dealing.

On more than one occasion, Robert mentioned that the last time he saw his father was at a custody hearing in court. Robert does not recall exactly how old he was, but he

remembers seeing his father and hearing him say "If I knew he would be here I wouldn't have shown up." That this came up more than once demonstrates how hurt Robert is by his father's choice to abandon him.

Jaime started a long-term relationship with another man shortly after Robert Sr. left. The relationship lasted approximately ten years. Although Jaime and this man never legally married, Robert calls him his stepfather. When undersigned counsel asked Robert about his statement to ATF regarding his father giving him money, he said he was referring to his stepfather. Robert was clear that he does not consider Robert Sr. as a father but loves his stepfather enough to call him his dad. He is the closest thing Robert has ever had to a father.

Robert has fond memories of spending time with his stepfather when he was growing up. They lost touch a couple of years after Jaime's relationship with him ended but connected again when Robert was a teenager. Robert's stepfather taught him about cars and to this day, they spend time together doing details.

Robert's brother, Nicholas, was born when Robert was around 12 years old. Jaime and Nicholas' father, David Michaels, were work colleagues who had a short-lived romance. David was from the Midwest and returned there when Nicholas was still young to take care of his parents. Robert did not have much of an opportunity to form his own relationship with David. He described David as messy and always having beers around him. Robert believes that David is suffering from cirrhosis now, suggesting that David may have had a more serious issue with alcohol, though it is not evident that this possibility had any lasting effect on Robert and his family. Robert does give David credit

for coming to Tucson twice a year to see Nicholas as it is more than Robert ever got from his own father.

Robert has fond memories of elementary and middle school. He reports he was in GATE in elementary school, and very involved in soccer in middle school. School became challenging after Robert enrolled at Tucson High. The family was moving a lot. At one point, they were living with Robert's maternal uncle near Davis Monthan, which translated to a considerable commute. At the same time, Jaime was a single parent again and struggling to take care of Nicholas and work full-time. Robert thus spent a lot of time taking care of Nicholas while Jaime was at work. Between commuting and watching his brother, Robert no longer had time for soccer. Robert admits that it was a lot to balance, and losing the ability to play sports took a toll on him. He failed two or three classes for the first time in his life and had to take credit recovery classes before receiving his diploma.

Robert's path after school is undoubtedly nontraditional. One reason for this was that he stayed at home and helped his mother take care of Nicholas. Jaime always struggled to find work that paid well and never had a traditional schedule. She also took on a catering job that would take her out of state to feed firefighters while they were battling wildfires. At the end, she simply could not afford childcare, particularly when she had to travel for extended periods of time. Nicholas was around eight years old when Robert finished school and was thus still too young to take care of himself. Robert essentially co-parented Nicholas and cared for him when Jaime could not. In his free time, Robert helped his stepfather with car detailing for extra cash.

Robert has some quirks and beliefs that explain the statement he made to ATF Agent Tisch about being a prepper and having a desire to live off the grid. Robert admits to struggling with trust, which makes sense given the early abandonment he experienced by his father. He keeps his personal sphere small by choice and has foregone forming long term relationships. The idea of living "off the grid" – i.e. in a quiet place far from many people – does have a certain appeal to him. That being said, Jaime's observations in the Presentence Report that Robert seems to be making better life choices (PSR ¶ 46) are notable and apparent to undersigned counsel as well. As the case progressed, Robert spoke less of feeling a need to live off the grid and talked openly about how much he enjoys his job at Texas Roadhouse. He has also openly expressed a desire to find a profession where he can work for himself, such as in real estate or in starting a mobile car detailing business. Regarding the property near Benson, Robert has expressed interest in using it for something productive, like turning it into an animal rescue. Robert has expressed to undersigned counsel he finds animals to be therapeutic and thus a healthy outlet.

## CONCLUSION

Robert has been on pretrial release for almost two years. He has mostly done very well, especially in finding and maintaining employment. Given Robert's lack of criminal history, his overall performance on pretrial release, and the low guideline range for this offense, one year of probation is sufficient to deter, punish, protect, and promote respect for the law.

Respectfully submitted:           January 27, 2026.

JON M. SANDS
Federal Public Defender

*s/Cynthia Yializis and Elizabeth Hannah*
CYNTHIA YIALIZIS and ELIZABETH
HANNAH
Assistant Federal Public Defenders
*Attorney for Defendant Wittenberg*